FILED



DEC 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> PREMIER NUTRITION CORPORATION, FKA Joint Juice, Inc., <br><br> Defendant-Appellee. | No. 22-16375 <br><br> D.C. No. 3:16-cv-06980-RS Northern District of California, San Francisco <br><br> ORDER |
| MARY BETH MONTERA, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PREMIER NUTRITION CORPORATION, FKA Joint Juice, Inc., <br><br> Defendant-Appellant. | No. 22-16622 <br><br> D.C. No. 3:16-cv-06980-RS |

The opposed motion to designate Premier Nutrition Corporation as the appellant-cross-appellee (Docket Entry No. 14) is denied. *See* Fed. R. App. P. 28.1.

If the court holds oral argument in these cross-appeals, the structure and allocation of time will be determined by the panel assigned to decide the merits of

AC/MOATT

this appeal.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7